UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD IVES, Warden,<br><br>    Respondent. | NO. CV 15-5116-GW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge and the Government's Response.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.

    The Court accepts the findings and recommendation of the Magistrate Judge.  The Government states that the United States Parole Commission, in light of Petitioner's approaching reparole date and in the interests of justice, accepted the Magistrate Judge's recommendation that the matter be remanded for redetermination of Petitioner's additional service without the assault charge or, alternatively, for a new hearing on the assault charge.  The Notice of Action dated

February 16, 2017 indicates that the Parole Commission reopened the matter and, among other things, redetermined Petitioner's additional service without the assault charges and advanced Petitioner's reparole date to April 22, 2017. (Palmer Decl. ¶¶ 2-5 & Exh. Q.) The Government argues that the Petition has become moot, and Petitioner did not file a response to the Government's position.

      The Parole Commission's actions render the Petition moot because this Court can no longer grant any relief to Petitioner that he has not already received. *See Preiser v. Newkirk*, 422 U.S. 395, 400-03 (1975) (prisoner's challenge to transfer from medium to maximum security prison became moot after subsequent transfers to medium and minimum security prisons).

      IT THEREFORE IS ORDERED that the Magistrate Judge's Report and Recommendation is accepted and the Petition is denied as moot in light of the U.S. Parole Commission's Notice of Action dated February 16, 2017.

DATED: March 14, 2017

                                    GEORGE H. WU
                                    United States District Judge