UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY WILLIAMS, | ) | NO. CV 15-5116-GW (AGR) |
|     Petitioner, | ) | |
|     v. | ) | JUDGMENT |
| RICHARD IVES, Warden, | ) | |
|     Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied as moot in light of the U.S. Parole Commission's Notice of Action dated February 16, 2017.

DATED: March 14, 2017

_____
GEORGE H. WU
United States District Judge